UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARYAN STEWART,**

Plaintiff,

v. **No. 4:26-cv-00139-P**

**QT SOUTH LLC-TX,**
**ET AL.,**

Defendants.

## ORDER & FINAL JUDGMENT

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 52. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that the above-styled and numbered case be **DISMSSED with prejudice** against Defendants Kinglsey Estrada and John Wagner.

This is a final judgment for appellate purposes.

**SO ORDERED** on this **17th day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE